No. 189. LYON *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSN. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. John W. Nance* for petitioner. *Mr. Thomas B. Pryor* for respondent.

No. 210. PULLMAN COMPANY ET AL. *v.* JENKINS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Robert Brennan, Leo E. Sievert, H. K. Lockwood,* and *Lawrence Livingston* for petitioners. *Mr. Rex Hardy* for respondents.

No. 222. WASHINGTONIAN PUBLISHING Co. *v.* PEARSON ET AL. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Messrs. Gibbs L. Baker* and *Horace S. Whitman* for petitioner. *Messrs. Elisha Hanson* and *Eliot C. Lovett* for respondents.

No. 229. NATIONAL LABOR RELATIONS BOARD *v.* COLUMBIAN ENAMELING & STAMPING Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Mr. Earl F. Reed* for respondent.

No. 245. UNITED STATES *v.* ALGOMA LUMBER Co.;
No. 246. SAME *v.* FOREST LUMBER Co.; and
No. 247. SAME *v.* LAMM LUMBER Co. October 10, 1938. Petition for writs of certiorari to the Court of